**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:97CR139**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **HOYT W. PERKINS** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's motion for the return of certain property seized at the time of his arrest.

The Defendant's personal property, including several firearms, is in the custody of the Federal Bureau of Investigation (FBI). The FBI desires to return the property but cannot return the firearms to the Defendant who is now a convicted felon and remains incarcerated. In lieu thereof, the FBI has made arrangements with Defendant's attorney, Sean P. Devereux, to take possession of Defendant's property and arrange for its delivery to a member of the Defendant's family or other nominee with no felony record.

It appearing to the Court that this arrangement has been consented to by both the Government and the FBI,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and the FBI is hereby authorized to return the Defendant's personal property and seized firearms in its possession to Defendant's counsel, Sean P. Devereux, Devereux & Banzhoff, PLLC, 22 South Pack Square, Suite 1100, Asheville, North Carolina, in accordance with the agreement outlined in the Defendant's motion.

Signed: June 25, 2007

Lacy H. Thornburg
United States District Judge